UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE O. MITCHELL,

          Petitioner,

v.

DAVID FLYNN,

          Respondent.

No. 3:19-CV-5155-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 27).

(2) Petitioner's federal habeas Petition is denied.

(3) A certificate of appealability is denied and any request for leave to proceed *in forma pauperis* on appeal is denied.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 18th day of December, 2019.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1